**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR8924 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| JUAN ESTEBAN RUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gca@usdoj.gov

Dated: November 15, 2007          *s/ Jodi D. Thorp*
**JODI D. THORP**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: jodi_thorp@fd.org