KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 07MJ8924 |
| Plaintiff, | |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| JUAN ESTEBAN RUIZ, | |
| Defendant. | |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Joseph J.M. Orabona, and hereby moves this Court to dismiss, without prejudice, the Complaint filed against the above named defendant.

On November 13, 2007, the United States filed a Complaint charging the defendant with assault on a federal officer, in violation of Title 18, United States Code, Sections 111 and 1114, a felony, before Magistrate Judge Peter C. Lewis. On December 11, 2007, the United States filed an Information, which is related criminal case number 07CR3319-L, charging the defendant with impeding a federal officer on property under the charge of the United States General Services Administration, in violation of Title 41, Code of Federal Regulations, Section 102-74.390, a misdemeanor. In the interest of justice and for further investigation, the United States moves to dismiss, without prejudice, the Complaint against defendant JUAN ESTEBAN RUIZ.

DATE:   December 12, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Joseph J.M. Orabona
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ8924 |
| )    Plaintiff, ) | |
| ) v. ) | |
| ) JUAN ESTEBAN RUIZ, ) | **CERTIFICATE OF SERVICE** |
| )    Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE, as lead counsel for the United States, dated December 12, 2007, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Jodi D. Thorp, Esq.
   427 West C Street, Suite 300
   San Diego, California 92101
   Tel:  (619)233-3169
   Fax:  (619)684-3569
   Email: jodithorp@thorplawoffice.com
   *Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2007.

/s/ **Joseph J.M. Orabona**
JOSEPH J.M. ORABONA
Assistant United States Attorney