**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 07MJ8924 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JUAN ESTEBAN RUIZ, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled Complaint charging the defendant with assault on a federal officer, in violation of Title 18, United States Code, Sections 111 and 1114, a felony, filed November 13, 2007, before Judge Peter C. Lewis, be dismissed, without prejudice, as to defendant JUAN ESTEBAN RUIZ.

IT IS SO ORDERED.

DATED: December 12, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court