```
*****************
*** TX REPORT ***
*****************

JOB NO.              0080
ST. TIME             12/13 16:19
PGS.                 1
SEND DOCUMENT NAME

TX/RX INCOMPLETE     -----
TRANSACTION OK       -----
ERROR                \\JODITHORP-PC\Canon Scans         Jodi
```

12/13/2007 17:16 FAX        FedExKinkos        ☒002/002

1  JODI DENISE THORP
   California Bar No. 223663
2  427 "C" Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169

4

5  Attorneys for Mr. Ruiz

6

7                   UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                    (HONORABLE DANA M. SABRAW)

10 UNITED STATES OF AMERICA,       )    Criminal No. 07MJ8924-AJB
                                   )
11              Plaintiff,         )
                                   )
12 v.                              )
                                   )
13 JUAN ESTEBAN RUIZ,              )
                                   )    **AGREEMENT OF SURETY TO**
14 _____  )    **MODIFY CONDITIONS OF**
                                   )    **PRETRIAL RELEASE**
15              Defendant.         )
                                   )
16 _____  )

17      I, the surety for Juan Ruiz agree to the modification of his pretrial release conditions to allow him

18 to travel to Wisconsin. We understand that Mr. Ruiz is required to inform the pre-trial services officer

19 of his dates of travel and address where he will be staying.

20

21 Dated: Dec. 13, 2007

22                                      _____
                                        Laurel Mark
23                                      Surety

24

25

26