**JODI D. THORP**
California State Bar No. 223663
Law Offices of Jodi Thorp
427 C. Street, Suite #300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
jodithorp@thorplawoffice.com

Attorneys for Mr. Ruiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ8924-AJB |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **JUAN ESTEBAN RUIZ**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov,

Dated: December 13, 2007          /s/ Jodi D. Thorp
                                  **JODI D. THORP**
                                  427 C. Street, Suite #300
                                  San Diego, California 92101
                                  Telephone: (619) 233-3169
                                  Fax: (619) 684-3569
                                  jodithorp@thorplawoffice.com